SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
SKYLER H. PEARSON
Assistant Unites States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Skyler.Pearson@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOGAN PIERCE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.: 2:24-mj-0570-DJA <br><br> **ORDER TO CLOSE CASE** |

IT IS HEREBY ORDERED that the defendant is allowed to withdraw his guilty plea to count one and that the count one be amended to reckless driving.

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this ____13th____ day of May, 2025

_____
UNITED STATES MAGISTRATE JUDGE